NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN R. MILDENBERGER, MICHELE C. RUTH, ROBERT O. BARATTA, CAROL A. BARATTA, JOSEPH K. HENDERSON, PATRICIA T. HENDERSON, CHARLES C. CRISPIN, JULIE D. CRISPIN, WILLIAM E. GUY, JR., STELLA S. GUY, JAMES J. HARTER, PATRICIA C. HARTER, FLOYD D. JORDAN, MARJORIE N. JORDAN, CHARLES V. LOCKE, VERA A. LOCKE, ANN S. MACMILLAN, PAUL PARE, ROBERT H. PARE, JR., ERYN T. PARE, JOHN F. PATTESON, ROBERT PEARSON, FREDERICK RUTZKE, KIMBERLY RUTZKE, BRIAN SCHMIDT, DEBORAH SCHMIDT, MARK S. BEATTY, ATHOL DOYLE CLOUD, JR., PATRICIA P. CLOUD, MARK R. CONNELL, PHILIP TAFOYA, and GERALDINE TAFOYA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5084

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-760, Judge Lynn J. Bush.

---

## ON MOTION

### O R D E R

Upon consideration of the United States' motion for a 35-day extension of time, until August 5, 2010, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JUN 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Roger J. Marzulla, Esq.
    Justin R. Pidot, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 8 2010

JAN HORBALY
CLERK